## FOLDS *v.* LOWREY *et al.*

HILL, J. Under the pleadings and the evidence the court did not err in directing a verdict for the plaintiffs, and in awarding the costs against the excepting defendant. Civil Code (1910), § 5423.

*Judgment affirmed. All the Justices concur.*

No. 1440. JANUARY 14, 1920.

Equitable petition. Before Judge Terrell. Carroll superior court. April 8, 1919.

*S. Holderness,* for plaintiff in error.

*R. W. Adamson* and *R. D. Jackson & Son,* contra.